UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK E. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:07-CV-1035-G |
| DR. JOSEPH BLACK, North Texas State ) | |
| Hospital, Vernon Campus, ) | **ECF** |
| ) | |
| Defendant. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge and **DENIES** plaintiff's motion for leave to proceed *in forma pauperis* pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

    **SO ORDERED**.

July 5, 2007.

                                                                                      A. JOE FISH
                                                                                      CHIEF JUDGE